# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/29/2005 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:**  CV 03-00341SOM-KSC

**CASE NAME:**     Hawaii Carpenters Trust        vs.  G.Y. Murashige Contractor,
                   Funds, etc., et al.                  Inc., etc., et al.

**INTERPRETER:**

---

**JUDGE:** JUDGE KEVIN S. C. CHANG          **REPORTER:**

**DATE:** 12/29/2005                         **TIME:**

                                             **ROOM:**

---

**COURT ACTION:** EO

DISMISSAL deadline set 12/30/2005 has been continued 1/30/2006 before Judge
Chang.  Counsel need more time to submit the dismissal.


Submitted by: Shari Afuso, Courtroom Manager