ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN           3639-0
BECKY T. CHESTNUT         7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
E-mail: minkin@m4law.com

Attorneys for Plaintiff TRUSTEES
OF THE HAWAII CARPENTERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis | CIVIL NO: CV03-00341 SOM KSC<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE and ORDER<br><br><br><br><br><br><br><br>TRIAL: August 24, 2004 |

130595.1

Kern, Patrick Borge, Sr. and Lloyd )
Kupau, Jr.; *Market Recovery* )
*Program* by its trustees Thalia )
Choy, Edmund Aczon, Steven )
Hidano, Claude Matsumoto, )
Gerard Sakamoto, Ronald Taketa, )
Mark Kapahu, Albert Belliveau, )
Glenn Young, Gerard Sakamoto, )
Jason Orita and Randy Perez; )
Financial Security Fund by its )
trustees Gordon L. Scruton, Lance )
Wilhelm, Conrad Murashige, )
Kenneth Sakurai, Bruce Soileau, )
Ralph Yackley, Loyce C. Morris, )
Ronald Taketa, James Watanabe, )
Brian Hedge, Kenneth Spence, )
Rockwell Rogers, Jr., Jack Reeves )
and Kealii Flood; *Retiree Medical* )
*Fund* by its trustees Henry Iida, )
Albert Hamamoto, Audrey Hidano, )
Glen Kaneshige, Paul C.K. Chang, )
Elmer Cabico, Ronald Taketa, Tim )
Kawana, Thomas Toma, Daniel )
Tom, Russell Young, Clifford )
Respicio, Keith Hirota and Miles )
Hokama; *401-K Fund* by its )
trustees Gordon Scruton, Conrad )
Murashige, Kenneth Sakurai, )
Lance Wilhelm, Bruce Soileau, )
Loyce C. Morris, Ronald Taketa, )
Ralph Yackley, James Watanabe, )
Brian Hedge, Kenneth Spence, )
Rockwell Rogers, Jr. and Kealii B. )
Flood) )
)
              Plaintiffs, )
)
vs. )
)

2

```
G.Y. MURASHIGE CONTRACTOR,    )
INC., a Hawaii corporation; JOHN  )
DOES 1-100; JANE DOES 1-100;  )
DOE CORPORATIONS 1-100;       )
DOE PARTNERSHIPS 1-100; DOE   )
ENTITIES 1-100; DOE           )
GOVERNMENTAL                  )
UNITS 1-100,                  )
                              )
              Defendants.     )
_____)
```

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff HAWAII CARPENTERS TRUST FUNDS (hereinafter "HCTF"), by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, and Defendant, G.Y. MURASHIGE CONTRACTOR, INC., by and through its attorney Colin K. Kurata, stipulate to the dismissal of this action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.  There are no remaining claims or parties.


Trial was previously scheduled for August 24, 2004.

DATED: Honolulu, Hawaii, January 24, 2006.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Plaintiff
TRUSTEES OF THE HAWAII
CARPENTERS TRUST FUNDS

_____
COLIN K. KURATA

Attorney for Defendant
G.Y. MURASHIGE
CONTRACTOR, INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Hawaii Carpenters Trust Funds, et al. vs. G.W. Murashige Contractor, Inc., Civil No. CV03-00341 SOM KSC; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE and ORDER