ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
BECKY T. CHESTNUT     7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
E-mail: minkin@m4law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs TRUSTEES
OF THE HAWAII CARPENTERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis | CIVIL NO.: CV03-00341 SOM KSC<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE and ORDER] |

130595.1

Kern, Patrick Borge, Sr. and Lloyd )
Kupau, Jr.; *Market Recovery* )
*Program* by its trustees Thalia )
Choy, Edmund Aczon, Steven )
Hidano, Claude Matsumoto, )
Gerard Sakamoto, Ronald Taketa, )
Mark Kapahu, Albert Belliveau, )
Glenn Young, Gerard Sakamoto, )
Jason Orita and Randy Perez; )
Financial Security Fund by its )
trustees Gordon L. Scruton, Lance )
Wilhelm, Conrad Murashige, )
Kenneth Sakurai, Bruce Soileau, )
Ralph Yackley, Loyce C. Morris, )
Ronald Taketa, James Watanabe, )
Brian Hedge, Kenneth Spence, )
Rockwell Rogers, Jr., Jack Reeves )
and Kealii Flood; *Retiree Medical* )
*Fund* by its trustees Henry Iida, )
Albert Hamamoto, Audrey Hidano, )
Glen Kaneshige, Paul C.K. Chang, )
Elmer Cabico, Ronald Taketa, Tim )
Kawana, Thomas Toma, Daniel )
Tom, Russell Young, Clifford )
Respicio, Keith Hirota and Miles )
Hokama; *401-K Fund* by its )
trustees Gordon Scruton, Conrad )
Murashige, Kenneth Sakurai, )
Lance Wilhelm, Bruce Soileau, )
Loyce C. Morris, Ronald Taketa, )
Ralph Yackley, James Watanabe, )
Brian Hedge, Kenneth Spence, )
Rockwell Rogers, Jr. and Kealii B. )
Flood) )
 )
     Plaintiffs, )
 )
 vs. )
 )

2

| | |
|---|---|
| G.Y. MURASHIGE CONTRACTOR, INC., a Hawaii corporation; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the STIPULATION FOR DISMISSAL WITHOUT PREJUDICE and ORDER, filed on January 26, 2006, shall be duly served upon the below listed individual at the address noted below, by depositing the same with the U.S. Mail, postage paid on the date below:

COLIN K. KURATA, ESQ.
2710 ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
G.Y. MURASHIGE CONTRACTOR, INC.

DATED: Honolulu, Hawaii, February 6, 2006

DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Plaintiff
TRUSTEES OF THE HAWAII
CARPENTERS TRUST FUNDS